**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

NICHOLAS DAVID ALBRECHT
REG. #07389-046                                                                                       PETITIONER

VS.                                               2:06CV00111 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                    RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE